Leif M. Johnson
United States Attorney

John M. Newman
Assistant U.S. Attorney

Benjamin M. Schneider
Charlotte Huffman
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, DC 20044
benjamin.schneider@usdoj.gov
charlotte.huffman@usdoj.gov
Telephone: 202-598-3372

*Attorneys for Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV-22-11-BU-BMM-JTJ |
| Plaintiff, | |
| v. | COMPLAINT IN CONDEMNATION |
| 8.76 ACRES, MORE OR LESS SITUATED IN SILVER BOW COUNTY, STATE OF MONTANA, and CURT POHL, et al., | with Declaration of Taking |
| | 40 U.S.C. § 3114 |
| Defendants. | |

**Complaint in Condemnation [with Declaration of Taking]**

1

1. This is a civil action brought by the United States of America at the request of the Federal Aviation Administration, for the taking of land in Silver Bow County, Montana, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403.

3. The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4. The public purpose for which said property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5. A legal description of the land taken is set forth in Schedule C, which is attached hereto and made a part hereof.

6. A plat (map) showing the land taken is set forth in Schedule D, which is attached hereto and made a part hereof.

7. The estates taken in the property are described in Schedule E, which is attached hereto and made a part hereof.

8. The estimate of just compensation is stated in Schedule F, which is attached hereto and made a part hereof.

9. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.

DATED: February 22, 2022      Respectfully submitted,

/s/ *Benjamin M. Schneider*
BENJAMIN M. SCHNEIDER
CHARLOTTE HUFFMAN
benjamin.schneider@usdoj.gov
charlotte.huffman@usdoj.gov

*Attorneys for Plaintiff United States of America*