IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>8.76 ACRES, MORE OR LESS,  )<br>SITUATED IN SILVER BOW COUNTY  )<br>STATE OF MONTANA, and CURT  )<br>POHL, et al.,  )<br>  )<br>   Defendants.  ) | Civ. No. 22-11-BMM-JTJ<br><br>**JOINT MOTION SEEKING APPROVAL OF STIPULATION OF SETTLEMENT BETWEEN THE UNITED STATES AND CURT POHL AND ROBIN RANEY-POHL** |

**Joint Motion Seeking Approval of Stipulation of Settlement between the United States of America and Curt Pohl and Robin Raney-Pohl**

Plaintiff United States of America ("United States") and Defendants Curt Pohl *a/k/a* Curtis Pohl and Robin Raney-Pohl, husband and wife, jointly move the Court, pursuant to Fed. R. Civ. P. ("Rule") 71.1, to approve the attached stipulation in which the United States and Defendants Mr. Pohl and Mrs. Robin Raney-Pohl have agreed that $20,000, plus interest accrued, shall constitute just compensation to be paid in full satisfaction of Mr. Pohl and Mrs. Raney-Pohl's rights and interests in the property described in the Declaration of Taking ("Subject Property") (ECF No. 2) and consideration for any claims by Mr. Pohl and Mrs. Raney-Pohl against the

United States. The Stipulation of Just Compensation and Settlement Agreement is attached as Exhibit A.

In support of this motion, the United States and Mr. Pohl and Mrs. Raney-Pohl assert the following:

1. On February 22, 2022, the United States filed a Complaint in Condemnation (ECF No. 1) and a Declaration of Taking (ECF No. 2), and on February 28, 2022, the United States deposited $2,720 into the Court's registry as an estimate of just compensation for the taking of the Subject Property. At the time of the deposit, title to the Subject Property, as set forth in the Declaration of Taking, vested in the United States by operation of law. *See* 40 U.S.C. § 3114(b).

2. On or around March 15, 2022, the United States and Mr. Pohl and Mrs. Raney-Pohl reached a settlement in principal to resolve this condemnation matter as it pertains to Mr. Pohl and Mrs. Raney-Pohl for $20,000, plus all interest accrued on the February 28, 2022 deposit. *See* Exhibit A. The agreement has now been finalized by the parties and approved by the individuals within the United States Government with settlement authority.

3. The deficiency between the agreed upon settlement amount ($20,000) and the previous deposit of estimated just compensation ($2,720) is $17,280.

4. Pursuant to D. Mont. Local Rule 67, the United States and Mr. Pohl and Mrs. Raney-Pohl will file a separate motion seeking the Court to direct the Clerk of the Court to accept the United States' deposit of the deficiency amount and the Clerk of the Court to disburse the settlement amount, plus all interest accrued on the February 28, 2022 deposit, to Mr. Pohl and Mrs. Raney-Pohl.

5. The United States identified, as a result of its search of public records, a document entitled "Protective Covenants 'Wilderness Foothills,'" recorded in Roll 116, Card 491 (the "Covenants") of the records of Butte-Silver Bow County. The Covenants benefit the Subject Property and approximately 70 other parcels of land in the area and thus, in order to clear title, the United States named as defendants the individuals or entities who own land benefitted by said Covenants ("Covenant Parties"). *See* ECF No. 2 (Declaration of Taking, Schedule G, Groups 2 and 3). The only property right implicated by this action as to the Covenants is that they will no longer apply to Parcel A of the Subject Property.

6. On February 23, 2022, the United States mailed, via Federal Express, copies of its Complaint and Declaration of Taking, along with a written request to sign a disclaimer of interest or waiver of service, to all Covenant Parties.

7. If, as requested by the United States and Mr. Pohl and Mrs. Raney-Pohl, the Court approves the attached Stipulation of Just Compensation and Settlement

3

Agreement and enters the proposed Order, the only remaining defendants in this matter will be the Covenant Parties, several of whom have already executed a disclaimer of interest. *See* ECF Nos. 9 and 10. The approval of this settlement will not affect the remaining Covenant Parties' rights, if any, pursuant to 40 U.S.C. § 3114(c)(1) and Rule 71.1.

For the convenience of the Court, the United States and Mr. Pohl and Mrs. Raney-Pohl have provided a proposed Order.

| | |
|---|---|
| DATED: April 11, 2022 | Respectfully submitted, |
| UNITED STATES OF AMERICA | DEFENDANTS CURT POHL and ROBIN RANEY-POHL |
| /s/ *Benjamin M. Schneider*<br>BENJAMIN M. SCHNEIDER<br>CHARLOTTE HUFFMAN<br>U.S. Department of Justice<br>Environment & Natural Resources Div.<br>P.O. Box 7611 – Ben Franklin Station<br>Washington, DC 20044<br><br>*Attorneys for Plaintiff United States of America* | /s/ *Patrick T. Fleming*<br>PATRICK T. FLEMING<br>Fleming & O'Leary, PLLP<br>P.O. Box 527<br>Butte, MT 59703<br><br>*Attorney for Curt Pohl and Robin Raney-Pohl* |

4

## **PROOF OF SERVICE**

      I HEREBY CERTIFY that this Joint Motion Seeking Approval of Stipulation of Settlement between the United States of America and Curt Pohl and Robin Raney-Pohl will be served as follows:

1. By email on Defendants Kathy Graham (barngoddess75@hotmail.com), Robert Graham (barngod73@yahoo.com), Danielle Tope (dani2tope@hotmail.com), and Troy Tope (troytope@hotmail.com);

2. By First Class Mail on all other Defendants identified in Schedule G of the Declaration of Taking who have not disclaimed interest.

DATED: April 11, 2022             /s/ *Benjamin Schneider*
                                            BENJAMIN M. SCHNEIDER
                                            benjamin.schneider@usdoj.gov

                                            *Attorney for Plaintiff United States of America*